# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, | Civil No. 22-cv-2580 (PJS/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| Jesse Nikolas Rowland, | |
| Respondent. | |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated November 2, 2022 (ECF No. 5), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. These proceedings (ECF No. 1) are **REMANDED** to State court for lack of jurisdiction.

2. Rowland's IFP application (ECF No. 4) is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: December 19, 2022

s/Patrick J. Schiltz
The Honorable Patrick J. Schiltz
Chief United States District Court Judge
for the District of Minnesota